ERNEST ENSLIN, PETITIONER-PETITIONER, v. THE FIRST PRESBYTERIAN CHURCH OF WOODBURY HEIGHTS, RESPONDENT-RESPONDENT.

*Mr. Horace G. Brown* for the petitioner.

*Messrs. Carroll, Taylor & Bischoff* for the respondent.

April 5, 1954.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. CHARLES R. LAMOREAUX, DEFENDANT-RESPONDENT.

See same case below: 26 *N. J. Super.* 41.

*Mr. Mitchell H. Cohen* and *Mr. Benjamin Asbell* for the petitioner.

*Mr. Walter S. Keown* for the respondent.

April 5, 1954.   Granted.